# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Christopher T. James,

      Plaintiff(s),                JUDGMENT IN A CIVIL CASE

vs.                                   3:06-cv-220-2-MU

State of North Carolina, and
Rick Jackson

      Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 17, 2006 Order.

**Signed: May 17, 2006**

*[signature]*

Frank G. Johns, Clerk
United States District Court